AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### MASSACHUSETTS
### DISTRICT OF

TRUSTEES OF ROOFERS LOCAL NO. 33
PENSION FUND, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

C&C CORNICE COMPANY

## 04 CV 12152 PBS

TO: (Name and address of defendant)

C&C Cornice Company
P.O. Box 68
Newton, MA 02195

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Aaron D. Krakow
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____   DATE   OCT 1 3 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was ... | |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 27, 2004

I hereby certify and return that on 10/22/2004 at 1:30PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to VIRGINIA CAPELLO, agent, person in charge at the time of service for C&C CORNICE COMPANY, at , 78 SILVER LAKE Road,  Newton, MA 02458. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92

*John F. Kennedy*

_____
*Deputy Sheriff*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      *Date*                    *Signature of Server*

                                        _____
                                        *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.