UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF ROOFERS LOCAL NO. 33 PENSION FUND, THRIFT FUND AND INSURANCE FUND   Plaintiffs  v.  C&C CORNICE COMPANY  Defendant | ) ) ) ) ) ) C.A. NO. 04-12152-PBS ) ) ) ) ) ) ) |

**REQUEST FOR NOTICE OF DEFAULT**

Plaintiffs respectfully request that the Court send Notice of Default to the Defendant, C&C Cornice Company, 78 Silver Lake Road, Newton, MA 02458 in the above-captioned action. Defendant C&C Cornice Company was served with the complaint on October 22, 2004.

As of this date Defendant has not filed an answer or other responsive pleading to the Complaint.

Plaintiffs
by their attorney
 /s/ Aaron D. Krakow
Aaron D. Krakow
BBO #544424
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440