UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                          Civil Action
                                                                                          No: 04-12152-PBS

Trustees of Roofers Local No. 33 Pension Fund, et al
Plaintiff

v.

C&C Cornice Company
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                                      November 17, 2004

     On November 17, 2004, a notice of default was issued as to the defendant C&C Cornice Company pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before December 7, 2004. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                                            By the Court,


                                                                                  /s/ Robert C. Alba
                                                                                  Deputy Clerk