UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              Civil Action
                              No: 04-12152-PBS

Trustees of Roofers Local No. 33 Pension Fund, et al
                    Plaintiffs

                    v.

              C&C Cornice Company
                  Defendant

## NOTICE OF DEFAULT

     Upon application of the Plaintiffs for an order of Default for failure of the Defendant C&C Cornice Company to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant C&C Cornice Company has been defaulted on November 17, 2004.

                              Clerk of Court


                              By: /s/ Robert C. Alba
                                 Deputy Clerk


Date: November 17, 2004

Notice mailed to counsel of record and defendant(s).

Case 1:04-cv-12152-PBS   Document 5   Filed 11/17/2004   Page 2 of 2