UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF ROOFERS LOCAL NO. 33 PENSION FUND, THRIFT FUND AND INSURANCE FUND<br>　　Plaintiffs<br><br>v.<br><br>C&C CORNICE COMPANY<br><br>　　Defendant | )<br>)<br>)<br>)  C.A. NO. 04-12152-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Trustees of Roofers Local No. 33 Pension Fund, Thrift Fund and Insurance Fund, upon the accompanying Declaration of Paul Littig, respectfully move pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the Defendant, C&C Cornice Company to pay to the plaintiff the sum of $42,166.54 in damages and taxable costs.

Plaintiffs, by their attorney

/s/ Aaron D. Krakow
Aaron D. Krakow
BBO #244424
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

CERTIFICATE OF SERVICE

    I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to C&C Cornice Company, 78 Silver Lake Road, Newton, MA 02458.

                                                                    s/ Aaron D.Krakow_____
                                                                      Aaron D. Krakow

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF ROOFERS LOCAL NO. 33 PENSION )
FUND, THRIFT FUND AND INSURANCE FUND )
    Plaintiffs )
) C.A. NO. 04-12152-PBS
v. )
C&C CORNICE COMPANY )
    Defendant )
)

**JUDGMENT**

SARIS, D.J.

Defendant C&C Cornice Company having failed to plead or otherwise defend this action and default having been entered on November 17, 2004.

Now upon application of plaintiff and an affidavit demonstrating that defendant owes plaintiff the sum of $41,153.62 that defendant is not an infant or incompetent person or in the military service of the United States, that and that plaintiff has incurred costs and attorney's fees in the sum of $1,012.92

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff recover from defendant C&C Cornice Company the principal amount of $34,106.97 with costs in the amount of $192.92, attorney's fees in the amount of $820, liquidated damages in the amount of $6,821.39 and prejudgment interest in the amount of $225.26 for a total judgment of $42,166.54 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Date:_____