UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF ROOFERS LOCAL NO. 33 PENSION FUND, THRIFT FUND AND INSURANCE FUND<br>    Plaintiffs<br><br>v.<br><br>C&C CORNICE COMPANY<br>    Defendant | )<br>)<br>)<br>) C.A. NO. 04-12152-PBS<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

SARIS, D.J.

Defendant C&C Cornice Company having failed to plead or otherwise defend this action and default having been entered on November 17, 2004.

Now upon application of plaintiff and an affidavit demonstrating that defendant owes plaintiff the sum of $41,153.62 that defendant is not an infant or incompetent person or in the military service of the United States, that and that plaintiff has incurred costs and attorney's fees in the sum of $1,012.92

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff recover from defendant C&C Cornice Company the principal amount of $34,106.97 with costs in the amount of $192.92, attorney's fees in the amount of $820, liquidated damages in the amount of $6,821.39 and prejudgment interest in the amount of $225.26 for a total judgment of $42,166.54 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Date: 12/22/04